Jay T. Jambeck (SBN # 226018)
*jjambeck@leighlawgroup.com*
Mandy G. Leigh (SBN # 225748)
*mleigh@leighlawgroup.com*
Damien B. Troutman (SBN # 286616)
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorneys for Plaintiff
ISAIAH BROWN

SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli (SBN: 131192)
Evan M. McLean (SBN: 309756)
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
ELK GROVE UNIFIED SCHOOL DISTRICT

## IN THE UNITIED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISAIAH BROWN,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | **Case No.**: 2:17-cv-00396-KJM-DB<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**Notice of Removal**: February 23, 2017<br>**FAC Filed**: April 14, 2017<br>**Trial Date**: Not yet set |
|---|---|

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to Fed. R. Civ. P. 16 and this Court's Local Rules 143-44, Plaintiff ISAIAH BROWN ("Plaintiff") and Defendant ELK GROVE UNIFIED SCHOOL DISTRICT ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

1. On January 25, 2018, the Court ordered the completion of non-expert discovery by Friday, December 7, 2018. (Dkt. # 24, 2:6-7). Additionally, the Court ordered expert disclosures by February 1, 2019; supplemental expert disclosures by March 1, 2019; and the completion of expert discovery by April 5, 2019. (*Id*. at 2:18-25 & 3:21).

2. In addition to written discovery, the parties have diligently taken discovery in this matter, including completing Plaintiff's deposition on November 27, 2018. However, both parties contemplate additional discovery, particularly depositions, before the non-expert discovery deadline to assess the possibility of informal resolution, and to determine whether summary judgment motion practice will be necessary.

3. Accordingly, the parties stipulate and request amendment of the above-mentioned discovery deadlines to the following dates:

    a. Non-expert discovery cutoff: January 21, 2019
    b. Expert disclosures: March 1, 2019
    c. Supplemental expert disclosures: April 1, 2019
    d. Expert discovery cutoff: May 5, 2019

4. The parties agree that "good cause" exists for these requested amendments. See *Schaffner v. Crown Equipment Corporation*, 2011 WL 6303408, at *2 (N.D. Cal. Dec. 16, 2011) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992) (stating that "good cause" exists when a deadline "cannot reasonably be met despite the diligence of the party seeking the extension."); *Hood v. Hartford Life & Accident Ins. Co.*, 567 F.Supp.2d 1221, 1224

(E.D. Cal. 2008) (providing that good cause is established by showing (1) diligence in assisting the creation of a workable Rule 16 order; (2) noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding the parties' diligence to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) diligence in seeking amendment of the Rule 16 order, once it became apparent that the parties could not comply with the order).

5. The parties do not discern any prejudice to themselves or the Court by these requested extensions, as no trial date as been set. (Dkt. # 24, 5:17-21).

6. Neither party has previously requested amendment of the scheduling order in this matter.

ACCORDINGLY, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST AMENDMENT OF THE SCHEDULING ORDER AS FOLLOWS:

    a. Non-expert discovery cutoff: January 21, 2019
    b. Expert disclosures: March 1, 2019
    c. Supplemental expert disclosures: April 1, 2019
    d. Expert discovery cutoff: May 5, 2019

IT IS SO STIPULATED THROUGH COUNSEL:

Date: December 6, 2018                                   LEIGH LAW GROUP, P.C.

                                                                                  */s/ Damien B. Troutman*
                                                                                   DAMIEN B. TROUTMAN
                                                                                   Attorney for Plaintiff
                                                                                   ISAIAH BROWN

Date: December 6, 2018                                   SPINELLI, DONALD & NOTT

                                                                                 */s/ Domenic D. Spinelli*
                                                                                  DOMENIC D. SPINELLI
                                                                                  EVAN M. MCLEAN
                                                                                  Attorney for Defendant
                                                                                  ELK GROVE UNIFIED SCHOOL DISTRICT

# **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: December 10, 2018.

_____
UNITED STATES DISTRICT JUDGE