Jay T. Jambeck (SBN # 226018)
*jjambeck@leighlawgroup.com*
Mandy G. Leigh (SBN # 225748)
*mleigh@leighlawgroup.com*
Damien B. Troutman (SBN # 286616)
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorneys for Plaintiff
ISAIAH BROWN

SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli (SBN: 131192)
Evan M. McLean (SBN: 309756)
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
ELK GROVE UNIFIED SCHOOL DISTRICT

# IN THE UNITIED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| ISAIAH BROWN,<br><br>Plaintiff,<br><br>v.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>Defendant. | **Case No.**: 2:17-cv-00396-KJM-DB<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL DEADLINES**<br><br><br>**Notice of Removal**: February 23, 2017<br>**FAC Filed**: April 14, 2017<br>**Trial Date**: Not yet set |
|---|---|

---

STIPULATION & ORDER      1     (Case No. 2:17-CV-00396-KJM-DB)

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD**:

Pursuant to Fed. R. Civ. P. 16 and this Court's Local Rules 143-44, Plaintiff ISAIAH BROWN ("Plaintiff") and Defendant ELK GROVE UNIFIED SCHOOL DISTRICT ("Defendant" or "EGUSD"), by and through their counsel of record, hereby agree and stipulate as follows:

1. On December 11, 2018, pursuant to stipulation, the Court extended the parties' non-expert discovery deadline to January 21, 2019; the expert disclosures deadline to March 1, 2019; the supplemental expert disclosures deadline to April 1, 2019; and the expert discovery cutoff to May 5, 2019. (Dkt. # 30). Additionally, per the Court's initial scheduling order, the deadline to hear all dispositive motions is July 12, 2019. (Dkt. # 24, 3:23-24).

2. Prior to the revised non-expert discovery deadline, Plaintiff's undersigned counsel requested to take the depositions of two EGUSD coaches, Jesse Foremaker and Patrick Roth, who Plaintiff alleges were decision-makers in the discriminatory decisions to deny him spots on the Varsity basketball teams at Franklin High School and Cosumnes Oaks High School. (*See e.g.*, Dkt. # 7, ¶¶ 9, 14). However, neither the witnesses nor Defendant's counsel were available before the revised discovery deadline. After meeting and conferring, the parties agreed that Plaintiff will take both depositions on March 8, 2019.

3. Accordingly, the parties stipulate and request amendment of the above-mentioned deadlines to the following dates:

   a. Non-expert discovery cutoff: March 8, 2019
   b. Expert disclosures: April 15, 2019
   c. Supplemental expert disclosures: May 15, 2019
   d. Expert discovery cutoff: June 20, 2019
   e. Deadline to hear dispositive motions: August 30, 2019 (or as soon thereafter as the parties may be heard)

4. The parties agree that "good cause" exists for these requested amendments. See *Schaffner v. Crown Equipment Corporation*, 2011 WL 6303408, at *2 (N.D. Cal. Dec. 16, 2011) (citing *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992); see also *Hood v. Hartford Life & Accident Ins. Co.*, 567 F.Supp.2d 1221, 1224 (E.D. Cal. 2008) (providing that good cause is established by showing (1) diligence in assisting the creation of a workable Rule 16 order; (2) noncompliance with a Rule 16 deadline occurred or will occur, notwithstanding the parties' diligence to comply, because of the development of matters which could not have been reasonably foreseen or anticipated at the time of the Rule 16 scheduling conference; and (3) diligence in seeking amendment of the Rule 16 order, once it became apparent that the parties could not comply with the order).

5. The parties discern no prejudice to themselves or the Court, which will not set a trial date until after the Final Pretrial Conference following any dispositive motions. (Dkt. # 24, 5:17-21). Though the parties have once previously requested to amend the Court's initial scheduling order, they herein request one additional set of extensions to finalize discovery and prepare this case for pretrial resolution, e.g., alternative dispute resolution or summary judgment.

ACCORDINGLY, THE PARTIES STIPULATE AND RESPECTFULLY REQUEST AMENDMENT OF THE SCHEDULING ORDER AS FOLLOWS:

    a. Non-expert discovery cutoff: March 8, 2019
    b. Expert disclosures: April 15, 2019
    c. Supplemental expert disclosures: May 15, 2019
    d. Expert discovery cutoff: June 20, 2019
    e. Deadline to hear dispositive motions: August 30, 2019 (or as soon thereafter as the parties may be heard)

IT IS SO STIPULATED THROUGH COUNSEL:
///

///

///

Date: February 7, 2018						LEIGH LAW GROUP, P.C.

						*/s/ Damien B. Troutman*
						DAMIEN B. TROUTMAN
						Attorney for Plaintiff
						ISAIAH BROWN

Date: February 7, 2018						SPINELLI, DONALD & NOTT

						*/s/ Evan M. McLean*
						DOMENIC D. SPINELLI
						EVAN M. MCLEAN
						Attorney for Defendant
						ELK GROVE UNIFIED SCHOOL DISTRICT

## **ORDER**

THE SCHEDULING ORDER IS AMENDED AS FOLLOWS:

A. Non-expert discovery cutoff: March 8, 2019
B. Expert disclosures: April 15, 2019
C. Supplemental expert disclosures: May 15, 2019
D. Expert discovery cutoff: June 20, 2019
E. Deadline to hear dispositive motions: September 6, 2019 at 10:00 a.m.

DATED: February 12, 2019.

_____
UNITED STATES DISTRICT JUDGE