Jay T. Jambeck (SBN # 226018)
jjambeck@leighlawgroup.com
Damien B. Troutman (SBN # 286616)
dtroutman@leighlawgroup.com
LEIGH LAW GROUP, P.C.
870 Market Street., Suite 1157
San Francisco, CA 94102
Office:  (415) 399-9155
Fax:  (415) 795-3733

Attorneys for Plaintiff
ISAIAH BROWN

SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli, SBN:  131192
Evan M. McLean, SBN: 309756
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone:  (916) 448-7888
Facsimile:   (916) 448-6888
Email: domenics@sdnlaw.com

Attorneys for Defendant
Elk Grove Unified School District

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH BROWN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>　　　　Defendants.<br>_____/ | Case No.: 2:17-CV-00396-KJM-DB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

　　　　Plaintiff Isaiah Brown and Defendant Elk Grove Unified School District HEREBY STIPULATE AND AGREE to extend the time to hear dispositive motions by 28 days to October 4, 2019.

　　　　The current deadline to hear dispositive motions is September 6, 2019.

　　　　Defendant submitted a request to seal materials to be submitted in support of their Motion

for Summary Judgment on August 5, 2019, after Plaintiff indicated in response to efforts to confer on the matter of sealing their preference to have the record sealed.

The Court denied Defendant's Request to Seal, noting Plaintiff is to submit the request.

The ruling on the Request to Seal noted the Court's willingness to entertain a stipulated request to extend the filing deadline regarding the Motion for Summary Judgment to allow for exhaustion of the sealing question.

Defendant's Motion for Summary Judgment will be scheduled for hearing on October 4, 2019.

This stipulation will extend the deadline to file the Motion for Summary Judgment to September 6, 2019, to accommodate a Request to Seal and/or Redact by Plaintiff regarding those materials submitted in support of the Motion for Summary Judgment that Plaintiff desires to have sealed or redacted.

Dated: August 9, 2019        LEIGH LAW GROUP, P.C.


By: */s/ Damien Troutman* (as authorized on 8/9/2019)
    JAY T. JAMBECK
    DAMIEN TROUTMAN
    Attorneys for Plaintiff
    Isaiah Brown


Dated: August 9, 2019        SPINELLI, DONALD & NOTT


By: */s/ Domenic D. Spinelli*_____
    DOMENIC D. SPINELLI
    EVAN M. McLEAN
    Attorneys for Defendant,
    Elk Grove Unified School District

**<u>ORDER</u>**

Pursuant to the parties' stipulation and good cause showing:

1. The current September 6, 2019 deadline to hear dispositive motions in this matter is extended 28 days to October 4, 2019.

DATED: August 13, 2019.

_____
UNITED STATES DISTRICT JUDGE