Jay T. Jambeck (SBN # 226018)
jjambeck@leighlawgroup.com
Damien B. Troutman (SBN # 286616)
dtroutman@leighlawgroup.com
LEIGH LAW GROUP, P.C.
870 Market Street., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorneys for Plaintiff
ISAIAH BROWN

SPINELLI, DONALD & NOTT
A Professional Corporation
Domenic D. Spinelli, SBN: 131192
Evan M. McLean, SBN: 309756
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888
Facsimile: (916) 448-6888
Email: domenics@sdnlaw.com

Attorneys for Defendant
ELK GROVE UNIFIED SCHOOL DISTRICT

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAIAH BROWN,<br><br>        Plaintiff,<br><br>vs.<br><br>ELK GROVE UNIFIED SCHOOL DISTRICT,<br><br>        Defendants.<br>_____/ | Case No.: 2:17-CV-00396-KJM-DB<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

      Plaintiff Isaiah Brown and Defendant Elk Grove Unified School District HEREBY STIPULATE AND AGREE to extend the time to extend Defedant's deadline to file its Motion for Summary Judgment until September 11, 2019.

      On August 13, 2019, the Court extended Defendant's deadline to file its Motion for

Summary Judgment until September 6, 2019 so that Plaintiff could file a Request to Seal. (Dkt. # 38).

Since August 13, Plaintiff's counsel has experienced major disruptions by two former clients who have filed frivolous legal actions against the Firm and its individual attorneys in state and federal court. Ms. Leigh and Mr. Troutman have separate pending civil harassment restraining order actions against one of the former clients for engaging in harassing and threatening behavior towards them, including appearing at Ms. Leigh's home without legitimate basis and attempting to use the threat of force to "arrest" Mr. Troutman and Ms. Leigh over frivolous and untrue allegations of misconduct.

On September 4-5, 2019, the parties met and conferred and agreed to request a short extension of Defendant's deadline to file its Motion for Summary Judgment, until September 11, 2019, so that the parties could submit a Joint Request to Redact or Seal pursuant to Local Rules 140-41 and the August 3, 2018 Stipulated Protective Order entered by this Court. (Dkt. # 28).

Per the parties' agreement, Defendant's Motion for Summary Judgment will remain scheduled for hearing on October 4, 2019.

Accordingly, the parties stipulate and request a short extension of Defendant's deadline to file its Motion for Summary Judgment until September 11, 2019 so that the Court has time to rule on the parties' Joint Request to Redact or Seal.

Dated: September 5, 2019          LEIGH LAW GROUP, P.C.


By: */s/ Damien Troutman*
    JAY T. JAMBECK
    DAMIEN TROUTMAN
    Attorneys for Plaintiff
    ISAIAH BROWN

Dated: September 5, 2019                SPINELLI, DONALD & NOTT


By: _/s/ Evan M. McLean_
    DOMENIC D. SPINELLI
    EVAN M. McLEAN
    Attorneys for Defendant
    ELK GROVE UNIFIED SCHOOL DISTRICT

**<u>ORDER</u>**

Pursuant to the parties' stipulation and good cause showing:

1. Defendant's deadline to file its Motion for Summary Judgment is Sepetmber 11, 2019.

DATED: September 6, 2019.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE